COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Fidelis Johnson Badaiki v. Steve Mckenzie, Schlumberger Holdings Corporation et al

Appellate case number:   01-20-00778-CV

Trial court case number: 2020-16532

Trial court:             11th District Court of Harris County

Appellant has filed a motion for supersedeas and a motion to set a zero bond for supersedeas, asking that he not be required to post a bond to stay enforcement of the judgment award for attorney's fees and costs.

The trial court may permit the judgment debtor to supersede the judgment. *See* TEX. R. APP. P. 24.1. The amount of supersedeas shall be equal to the sum of compensatory damages, interest, and costs awarded in the judgment. *See* TEX. R. APP. P. 24.2(a)(1).

Accordingly, we **abate** this appeal and **remand** to the trial court for consideration of appellant's motions to suspend enforcement of the order awarding attorney's fees and costs pending disposition of this appeal. Appellant's motions are attached to this order.

The trial court shall hold a hearing **within 30 days of the date of this order** and make a determination concerning the appropriate type and amount of security, if any, and see that a hearing record and supplemental clerk's record are filed containing the trial court's order. The hearing record and supplemental clerk's record are due in this Court **within 45 days of the date of this order.**

This appeal may be reinstated on the active docket on the motion of any party or on the Court's own motion.

It is so ORDERED.


Judge's signature: ____/s/ Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court


Date:   __April 6, 2021_____

ACCEPTED
01-20-00778-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/17/2021 9:39 PM
CHRISTOPHER PRINE
CLERK

JURY TRIAL REQUESTED                              CASE NO. 2020-16532

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2021 9:39:27 PM
CHRISTOPHER A. PRINE
Clerk

COURT OF APPEALS NO. 01-20-00778-CV

FIDELIS JOHNSON BADAIKI                          IN THE DISTRICT COURT

Plaintiff                                        HARRIS COUNTY, TEXAS

V.                                               11TH JUDICIAL DISTRICT

STEVE MCKENZIE,

SCHLUMBERGER HOLDINGS CORPORATION et al

### Appellant Plaintiff's Request Writ of Supersedeas

Appellant Plaintiff hereby request Writ of Supersedeas for Attorney's fee order on 1/11/2021.

Respectfully, the Appellant do not need to post any bond on attorney's fee. See Texas Supreme Court guidance below:

**"Attorney's Fees Are Not Part of Supersedeas" see the Supreme Court opinion *In re NallePlastics Family Limited Partnership*, No. 11-0903.**
**See, also, Tex. Rule of App. Proc. 24.1, Tex. Rule of App. Proc. 24.1(f).**

Appellant is submitting this request in state district court and the Court of Appeals.

Appellant Plaintiff is appealing as indigent. Affidavit of indigent is on file.

**CERTIFICATE OF SERVICE**

I certify that copy of the above document is serve on the defendants Appellee via email or court electronic serve system.

Respectfully submitted,                          February 17, 2021

/S/ Fidelis Johnson Badaiki

P.O. Box 90163, Houston TX 77290

Phone: 281-216-8794                  email: Johnson747@hotmail.com

1

# REQUEST FOR CIVIL/FAMILY POST JUDGMENT WRITS

**Please process this request for the following:**

**Date:** 02/17/2021

☐ **WRIT OF EXECUTION**

☐ **EXECUTION AND ORDER OF SALE**

☐ **ORDER OF SALE IN TAX SUIT**

☐ **WRIT OF POSSESSION**

☐ **RECEIVER'S WRIT OF POSSESSION**

☐ **WRIT OF EXECUTION FOR TURNOVER**

☐ **EXECUTION FOR COSTS**

☒ **WRIT OF SUPERSEDEAS**

☐ **WRIT OF VENDITIONI EXPONAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2021 2:50:27 PM
CHRISTOPHER A. PRINE
Clerk

**Returnable in:** ☐ **30 days** ☐ **60 days** ☒ **90 days**

**CAUSE NUMBER:** 2020-16532    11th **JUDICIAL DISTRICT COURT**

**STYLE:** Fidelis Johnson Badaiki    COURT APPEALS NO. 01-20-00778-CV

**VS.**

Schlumberger Holdings Corporation, et al.

**Name Of Judgment Debtor Or Party To Be Served:** Benjamin D. Williams (Schlumberger Holdings corp.)

**Date of Order/Judgment:** 1/11/2021

**Amount of Judgment:** Attorney's fees

**Judgment Credits, if any:**

---

**Requested by:**

**Law Firm:** Fidelis Johnson Badaiki pro se

**Attorney:**

**Bar Number:**

**Address:** P.O. Box 90163

| Houston | TX | 77290 |
|---|---|---|
| City | State | Zip |

**Phone Number:** 281-216-8794

☐ **HOLD FOR PICKUP**    ☒ **RETURN BY MAIL (SEE BELOW)**

---

**Please submit this request along with an $8.00 fee plus postage to MARILYN BURGESS Clerk; (P.O. Box 4651 Houston, Texas (Pro Se Filers only)**

**According to The Supreme Court of Texas, an order was signed adopting Texas Rule of Civil Procedure 21c and Amendments to Texas Rules of Civil Procedure 4, 21, 21a, and 502.1, Texas Rules of Appellate Procedure 6 and 9, and the Supreme court Order Directing the Form of the Appellate Record in Civil Cases to be effective January 1, 2014 for Harris County. This order mandates electronic filing in all Civil Courts and restricts us from accepting paper filing from any filer other than Pro Se filers**

This form can be found on our website at www.hcdistrictclerk.com

Revised 3/3/2014

ACCEPTED
01-20-00778-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/19/2021 11:17 AM
CHRISTOPHER PRINE
CLERK

JURY TRIAL REQUESTED          CASE NO. 2020-16532

COURT OF APPEALS NO. 01-20-00778-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/19/2021 11:17:46 AM
CHRISTOPHER A. PRINE
Clerk

FIDELIS JOHNSON BADAIKI          IN THE DISTRICT COURT

Plaintiff          HARRIS COUNTY, TEXAS

V.          11TH JUDICIAL DISTRICT

STEVE MCKENZIE,

SCHLUMBERGER HOLDINGS CORPORATION et al

## <u>Supersedeas Bond</u>

Appellant Plaintiff submit Supersedeas Bond of Zero dollars for Attorney's fee order on 1/11/2021.

Respectfully, the Appellant do not need to post any bond on attorney's fee. See Texas Supreme Court guidance below:

**"Attorney's Fees Are Not Part of Supersedeas" see the Supreme Court opinion** *In re NallePlastics Family Limited Partnership***, No. 11-0903.**
**See, also, Tex. Rule of App. Proc. 24.1, Tex. Rule of App. Proc. 24.1(a)(2). Tex. Rule of App. Proc. 24.1(f).**

Appellant is submitting this request in state district court and the Court of Appeals.

Appellant Plaintiff is appealing as indigent. Affidavit of indigent is on file.

Plaintiff has filled a timely notice of appeal of this judgment to the Court of appeals and desires to suspend enforcement of the judgment pending determination of the appeal. This bond is conditioned as required by Tex. Rule of App. Proc. 24.1(d). A Supersedeas Bond of Zero dollars is hereby posted.

**CERTIFICATE OF SERVICE**

I certify that copy of the above document is serve on the defendants Appellee via email or court

1

electronic serve system.

Respectfully submitted,                              February 19, 2021

/S/ Fidelis Johnson Badaiki (Plaintiff submitting the Bond)

P.O. Box 90163, Houston TX 77290

Phone: 281-216-8794                    email: Johnson747@hotmail.com

_____

Clerk